IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KENYA BROWN,

    Defendant.
                                  /

No. CR 11-mj 70885 MAG-1

**ORDER DENYING APPEAL**

The Court finds that the conditions of release approved by Magistrate Judge Nathanael Cousins are sufficient to ensure the appearance of defendant at hearings and trial, as well as to protect the public from further crimes of the defendant.

While the Court considered releasing defendant to a halfway house than releasing her to the custody of her grandmother, the halfway house option proved unavailable until October 1, 2011, at the soonest. Since that alternative is not available, the Court is convinced that the existing condition fashioned by Magistrate Judge Cousins will serve the statutory purposes. The appeal by the government is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE